**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6647**

MR. PAUL B. MCDONALD,

Plaintiff – Appellant,

v.

DIVISION OF CORRECTIONS FOR THE STATE OF MARYLAND; CO II
MICHEAL STAUFFER, At Time of infraction, in His Official
and Individual Capacities, "ET AL"; CO II BRIAN HAWK, At
Time of infraction, in His Official and Individual
Capacities, "ET AL"; CO II TYSON T. HINCKLE, At Time of
infraction, in His Official and Individual Capacities, "ET
AL"; RODERICK R. SOWERS, Warden at Time of Infraction, in
His Official and Individual Capacities, "ET AL"; NANCY
ROUSE, Assist. Warden At Time of infraction, in her
Official and Individual Capacities, "ET AL"; LT. TIMOTHY
MUNSON, At Time of infraction, in His Official and
Individual Capacities, "ET AL"; EDWIN STIGILE, At Time of
infraction, in His Official and Individual Capacities, "ET
AL"; ALL UNMENTIONED MEMBER AT THIS TIME,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:13-cv-00775-PJM)

Submitted: May 30, 2013              Decided: June 5, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————

Paul B. McDonald, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul B. McDonald appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McDonald v. Div. of Corr. For Md., No. 8:13-cv-00775-PJM (D. Md. Mar. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3